O'CONNOR et al. v. THETFORD.   (No. 5421.)

(Court of Civil Appeals of Texas.   San Antonio.
Feb. 17, 1915.   Rehearing Denied
March 17, 1915.)

Appeal from District Court, Frio County; J. F. Mullally, Judge.

Action by Robert W. Thetford against Mrs. Mary Ellen O'Connor and others. Judgment for plaintiff, and defendants appeal. Affirmed.

Jas. McDonald and C. F. & C. C. Carsner, all of Victoria, for appellants. Swearingen & Ward, Jno. H. Bickett, Jr., McFarland & Lewright, and William H. Kennon, all of San Antonio, for appellee.

MOURSUND, J. This is a companion case to No. 5420, styled Mary Ellen O'Connor et al. v. John D. Thetford, 174 S. W. 680, this day decided by us. A deed similar in every respect to the one therein construed, except that it conveys different land, is held by Robert W. Thetford, and the trial in the district court was had upon pleadings similar to those in said case No. 5420. The rulings and judgment were the same as those in the other case, and the same questions arise upon this appeal. The judgment is affirmed for the reasons stated in our opinion in said case No. 5420.